UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re Leann Marie Rogers,　　　　)
　　　　　　　　　　　　　　　　)　　Case No. 16-24663-GMH
　　　　　　　　　　　　　　　　)　　Chapter 13
　　　　　　　　Debtor.　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)

**NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN**

Leann Marie Rogers ("Debtor") through her counsel, Michael J. Watton and the Watton Law Group, has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing, which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

Clerk of Bankruptcy Court
517 East Wisconsin Avenue
Room 126
Milwaukee, WI 53202-4581

**Michael J. Watton, Esq.**
**Watton Law Group**
**700 North Water Street, Suite 500**
**Milwaukee, WI 53202**
**Telephone (414) 273-6858**
**Facsimile (414) 273-6894**

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Michael J. Watton, Esq.
> Watton Law Group
> 700 North Water Street, Suite 500
> Milwaukee, WI 53202

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is the Debtor;

2. This is a request to modify a Chapter 13 Plan (Select A. or B.)

   A. ☐ post-confirmation;

   B. ☒ pre-confirmation (Select i. or ii.);

      i. ☐ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

      ii. ☒ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are: Springleaf Financial Services of Wisconsin, Inc.

2

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: to clarify the treatment of Springleaf Financial Services of Wisconsin, Inc. Proof of Claim

4. The reason(s) for the modification is/are: to account for the claim filed by Springleaf Financial Services of Wisconsin, Inc.

5. Select A. or B.

    A. ☐ The Chapter 13 Plan confirmed or last modified on _____ is modified as follows:

    B. ☒ The unconfirmed Chapter 13 Plan dated <u>May 6, 2016</u> is modified as follows:

Springleaf Financial Services of Wisconsin, Inc. claim shall be treated as secured in the amount of $5,000.00 with 3.25% for the 2003 Honda Pilot and the 1999 Chevrolet Cavalier shall be surrendered back to Springleaf Financial Services of Wisconsin. The balance of its claim shall be treated as general unsecured claim.

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

Complete one of the certifications below:

1. I, Christopher L. Lambrecht, attorney for the Debtor Leann Marie Rogers, certify that I have reviewed the modification proposed above with the Debtor, and that the Debtor has authorized me to file it with the court.

   /s/Christopher L. Lambrecht        July 29, 2016
   Counsel for the Debtor             Date

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.


Date: July 29, 2016            /s/ Christopher L. Lambrecht for
                               Michael J. Watton, Esq.
                               Watton Law Group
                               700 North Water Street, Suite 500
                               Milwaukee, Wisconsin 53202

                               Attorney for Debtor

A copy of the foregoing filed electronically
on July 29, 2016 with:

Clerk, U.S. Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

Copies of the foregoing mailed or sent electronically
if the party named accepts electronic service
on July 29, 2016 to:

Office of the U.S. Trustee
517 East Wisconsin Avenue, #430
Milwaukee, WI 53202

Mary B. Grossman
Chapter 13 Trustee
PO Box 510920
Milwaukee WI 53203

Ms. Leann Rogers
N168W21700 Main Street, # 328
Jackson, WI 53037

Springleaf
PO Box 3251
Evansville, IN 47731




/s/Alyssa Witkowski- Legal Assistant
(Electronically file by




Rogers
Case No. 16-24663-GMH

6